Randy L. Woullard
DC# 618997 B1204
FSP Main Unit
P.O. Box 800
Raiford, FL 32083

LEGAL MAIL
Provided to Florida State Prison on
5/2/22 for mailing by [initials]

## Affidavit

3:22-CV-514-MMH-JBT

State of Florida
County of Bradford

The affiant, Randy L. Woullard being first duly sworn does hereby affirm the following:

(1.) I, Randy L. Woullard, requested legal material from law library on or around 2/8 & 2/11/22

(2.) Law Library did not respond exceeding timeframe

(3.) Subsequently, I filed informal grievance # 205-2202-0970 on 2/27/22 in which was approved by L. Yonn, Library staff on 3/14/22

(4.) The resolution in said grievance "..... you will be forwarded items requested in this grievance"

(5.) Affiant, Randy L. Woullard, grievance said implemented need of administrative exhaustion and intent of civil litigation

(6.) I submitted a request around 3/24/22 to inquire about honoring grievance id. To no avail.

(7.) On 4/8/22 I submitted informal grievance - retaliation - due to not still honoring said grievance id.

(8.) On 4/25/22 I proceeded to next level - formal to Warden - due to not receiving response exceeding timeframe reference to No. 7 id.

(9.) In addition, I submitted a request to law library on 4/25/22 requesting (8) items, yet received but (1) item - DC5-154 forms - while response indicating 'case law & indigent supplies mailed seperately' dated 4/27/22 by L. Yonn

(10.) Affiant asserts the underlined in reference No. 9 was also issued in response to reference No. 6 yet to render legal material

P. 1 of 2

(11) Affiant asserts due to the [k]nowing neglect of law library staff I have been unable to obtain legal assistance and legal material to pursue non-frivolous claim of my conditions of confinement. As well as, non-frivolous claim ongoing.

(12) Based on the foregoing facts, I assert the conduct of law library is designed to fustrate and impeded my right to Court Access. On information & belief, said conduct is in cahoot with security to prevent personnel of wrongdoing. Therefore, this affidavit is filed in good faith as a papertrail moving forward due to ongoing hinderance of legal service that violates "my" constitutional rights as a U.S. citizen

I declare under penalty of perjury that the foregoing is true & correct. Executed 5/2/22 at Florida State Prison.

/S/ [signature]

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that foregoing 'affidavit' is true & correct copy sent via U.S. Post Service to: Clerk of the Court, U.S. District Court, 300 N. Hogan St. Suite 9-150, Jacksonville, Fl 32202-4271 and Office of Attorney General, Department of Legal Affairs, The Capitol PL-01, Tallahassee, Fl 32399-1050 on May 2, 2022.

/S/ [signature]

P. 2 of 2